UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
SCHER, PHILIP  
SCHER, CAROLE D

Case No.: 17-35536-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on March 6, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 903 CHAMPLAIN DRIVE, VOORHEES NJ 08043<br>(FMV $220,000.00) |
|---|---|

| Liens on property: | $219,770.00 - CHASE MTG<br>$2,457.16 - VOORHEES TWP TAX COLLECTOR |
|---|---|

| Amount of equity claimed as exempt: | $10,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050