UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                                  Case No.: 17-35536-ABA
SCHER, PHILIP                               Chapter: 7
SCHER, CAROLE D                         Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on March 6, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 903 CHAMPLAIN DRIVE, VOORHEES NJ 08043<br>(FMV $220,000.00) |
|---|---|

| Liens on property: | $219,770.00 - CHASE MTG<br>$2,457.16 - VOORHEES TWP TAX COLLECTOR |
|---|---|

| Amount of equity claimed as exempt: | $10,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:          Andrew Sklar, Chapter 7 Trustee

Address:         1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-35536-ABA
Philip Scher                                                          Chapter 7
Carole D Scher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 2              Date Rcvd: Jan 30, 2018
                              Form ID: pdf905         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db/jdb          +Philip Scher,    Carole D Scher,    903 Champlain Drive,    Voorhees, NJ 08043-2858
517240517      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517240518       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517240519       +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
517240520       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                  Saint Louis, MO 63179-0040
517240521       +Comegno Law Group PC,    521 Pleasant Valley Avenue,    Moorestown, NJ 08057-3209
517240524       +EZ Pass,   PO Box 4973,    Trenton, NJ 08650-4973
517240522       +Equifax Credit Information Services, Inc,    PO Box 740241,    Atlanta, GA 30374-0241
517240523        Experian,    29 BROADWAY FL 6,    New York, NY 10006-3101
517240525       +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                  Omaha, NE 68102-1593
517240526       +Lakes of Alluvium Condominium Assn Inc.,    721 Dresher Rd, Ste 1400,    Horsham, PA 19044-2220
517240531      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517240530       +Toyota Financial Services.,    PO Box 4102,    Carol Stream, IL 60197-4102
517240532       +Toyota Motor Credit Co,    PO Box 4102,    Carol Stream, IL 60197-4102
517240533       +Trans Union Consumer Solutions,    PO Box 2000,    Chester, PA 19016-2000
517240534       +Voorhees Township Tax Collector,    2400 Voorhees Town Center,    Voorhees, NJ 08043-1944

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2018 23:18:41     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2018 23:18:38     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517240527       +E-mail/Text: bankruptcy@prosper.com Jan 30 2018 23:19:07     Prosper Marketplace Inc,
                  Po Box 396081,    San Francisco, CA 94139-6081
517244985       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 23:15:15     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517240528       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 23:15:15     Synchrony Bank/Care Credit,
                  Attn: Bankruptcy,    Po Box 965033,    Orlando, FL 32896-5033
517240529        E-mail/Text: bankruptcy@td.com Jan 30 2018 23:18:43     TD Banknorth,    Attn: Bankruptcy,
                  Po Box 1190,    Lewston, ME 04243
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Jan 30, 2018
                              Form ID: pdf905          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:
        Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
         rsolarz@kmllawgroup.com
        Steven R. Neuner    on behalf of Debtor Philip  Scher sneuneresq@comcast.net,
         ETomlinson@nv-njlaw.com
        Steven R. Neuner    on behalf of Joint Debtor Carole D Scher sneuneresq@comcast.net,
         ETomlinson@nv-njlaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                 TOTAL: 6