Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  17−35536−ABA
                        Chapter:  7
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Philip Scher | Carole D Scher |
| --- | --- |
| 903 Champlain Drive | 903 Champlain Drive |
| Voorhees, NJ 08043 | Voorhees, NJ 08043 |

Social Security No.:
  xxx−xx−5658                                           xxx−xx−7611

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 29, 2018</u>                   <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court