**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Philip Scher | Social Security number or ITIN  xxx–xx–5658 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carole D Scher | Social Security number or ITIN  xxx–xx–7611 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  17–35536–ABA

# Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Philip Scher                                         Carole D Scher

3/29/18                          **By the court:**  Andrew B. Altenburg Jr.
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 17-35536-ABA
Philip Scher    Chapter 7
Carole D Scher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Mar 29, 2018
    Form ID: 318    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
```
db/jdb         +Philip Scher,    Carole D Scher,    903 Champlain Drive,    Voorhees, NJ 08043-2858
517240519      +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
517240520      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517240521      +Comegno Law Group PC,    521 Pleasant Valley Avenue,    Moorestown, NJ 08057-3209
517240524      +EZ Pass,    PO Box 4973,    Trenton, NJ 08650-4973
517240522      +Equifax Credit Information Services, Inc,    PO Box 740241,    Atlanta, GA 30374-0241
517240523       Experian,    29 BROADWAY FL 6,    New York, NY 10006-3101
517240525      +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
517240526      +Lakes of Alluvium Condominium Assn Inc.,    721 Dresher Rd, Ste 1400,    Horsham, PA 19044-2220
517240533      +Trans Union Consumer Solutions,    PO Box 2000,    Chester, PA 19016-2000
517240534      +Voorhees Township Tax Collector,    2400 Voorhees Town Center,    Voorhees, NJ 08043-1944
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:40:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:40:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517240517      +EDI: BANKAMER.COM Mar 30 2018 06:24:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
517240518      +EDI: CHASE.COM Mar 30 2018 06:23:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
517240527      +E-mail/Text: bankruptcy@prosper.com Mar 30 2018 02:41:30      Prosper Marketplace Inc,
                 Po Box 396081,    San Francisco, CA 94139-6081
517244985      +EDI: RMSC.COM Mar 30 2018 06:24:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517240528      +EDI: RMSC.COM Mar 30 2018 06:24:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 965033,    Orlando, FL 32896-5033
517240529       EDI: TDBANKNORTH.COM Mar 30 2018 06:24:00      TD Banknorth,    Attn: Bankruptcy,    Po Box 1190,
                 Lewston, ME 04243
517240531       EDI: TFSR.COM Mar 30 2018 06:23:00      Toyota Motor Credit Co,    Po Box 8026,
                 Cedar Rapids, IA 52408
517240530      +EDI: TFSR.COM Mar 30 2018 06:23:00      Toyota Financial Services.,    PO Box 4102,
                 Carol Stream, IL 60197-4102
517240532      +EDI: TFSR.COM Mar 30 2018 06:23:00      Toyota Motor Credit Co,    PO Box 4102,
                 Carol Stream, IL 60197-4102
                                                                                               TOTAL: 11
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
         Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
         Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 29, 2018
                              Form ID: 318             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Steven R. Neuner    on behalf of Debtor Philip  Scher sneuneresq@comcast.net, ETomlinson@nv-njlaw.com

          Steven R. Neuner    on behalf of Joint Debtor Carole D Scher sneuneresq@comcast.net, ETomlinson@nv-njlaw.com

          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

          TOTAL: 6